**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LEON E. SWINDLER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-837** |
| **KILOLO KIJAKAZI,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION** | **SECTION: "G"(1)** |

## JUDGMENT

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the decision of the Commissioner finding plaintiff Leon E. Swindler's disability ended on January 19, 2022, is reversed and Mr. Swindler shall be awarded benefits accordingly.

**NEW ORLEANS, LOUISIANA,** this __22nd__ day of November, 2023.

**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**